| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LIMBAUGH, STEPHEN N | 2. Court or Organization<br><br>U.S. District Court-E.D.Mo. | 3. Date of Report<br><br>5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 7/19/1983<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Thomas F. Eagleton U.S. Cthous<br>111 S. Tenth Street, Rm. 3.125<br>St. Louis, MO. 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 1 28 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIMBAUGH, STEPHEN N | 5/13/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lands, Inc. | | None | K | W | | | | | |
| 2. Coker Knob Tree Farm (1/3%) | | None | K | W | | | | | |
| 3. William Jewell College Municipal Bonds | A | Interest | K | T | | | | | |
| 4. St. Louis, Mo. Water Revenue Bonds | B | Interest | K | T | | | | | |
| 5. Missouri Environmental Bonds | A | Interest | J | T | | | | | |
| 6. Bank of America Investment Services | A | Dividend | K | T | Sell (1/2 %) | 4/11 | J | | |
| 7. Bank of America Savings Account | A | Interest | J | T | | | | | |
| 8. Wentzville, Mo. School Bonds | A | Interest | J | T | | | | | |
| 9. Twenty Grand Syndicate Investment Club | | | | | | | | | |
| 10. a. Fed. Fixed Inc. | A | Dividend | | | Sell | 1/6 | J | | |
| 11. b. Medihut | | None | | | Sell | 1/21 | J | | |
| 12. c. Sigma Aldrich | A | Dividend | | | Sell | 1/21 | J | | |
| 13. d. Standard & Poors Dep. Receipts | | None | | | Sell | 1/24 | J | | |
| 14. e. Wellpoint Health | | None | | | Sell | 2/11 | J | | |
| 15. f. Anheuser Busch | A | Dividend | | | Sell | 4/16 | J | | |
| 16. g. Johnson & Johnson | A | Dividend | | | Sell | 4/16 | J | | |
| 17. h. Teva | A | Dividend | J | T | Buy | 2/19 | J | | |
| 18. I. Teva | A | Dividend | | | Sell | 5/1 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIMBAUGH, STEPHEN N | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. j. Sara Lee | A | Dividend | | | Sell | 5/21 | J | | |
| 20. k. Enbridge | | None | | | Sell | 7/16 | J | | |
| 21. l. Lincare Holding | | None | | | Sell | 7/16 | J | | |
| 22. m. Anheuser Busch | A | Dividend | | | Sell | 7/16 | J | | |
| 23. n. Devon Energy | | None | J | T | Buy | 5/21 | J | | |
| 24. o. Devon Energy | | None | | | Sell | 7/24 | J | | |
| 25. p. Enbridge | A | Dividend | | | Sell | 8/20 | J | | |
| 26. q. Fed. Fixed Inc. | A | Dividend | J | T | Buy | 5/21 | J | | |
| 27. r. Fed. Fixed Inc. | A | Dividend | | | Sell | 8/20 | J | | |
| 28. s. Northrup Grumman | A | Dividend | J | K | Buy | 4/15 | K | | |
| 29. t. Northrup Grumman | A | Dividend | | | Sell | 9/17 | K | | |
| 30. u. American Italian Pasta | | None | J | T | Buy | 2/19 | J | | |
| 31. v. American Italian Pasta | | None | | | Sell | 9/17 | J | | |
| 32. w. Teva Pharm. | A | Dividend | J | T | Buy | 2/5 | J | | |
| 33. x. Teva Pharm | A | Dividend | | | Sell | 10/31 | J | | |
| 34. y. Henry Schein | | None | | | Sell | 12/16 | J | | |
| 35. z. Lowes Cos. | A | Dividend | | | Sell | 12/16 | J | | |
| 36. al. Lowes Cos. | A | Dividend | | | Sell | 12/16 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. a2. 1938 Fed. Total Ret. | A | Dividend | J | T | Buy | 8/3 | | | |
| 38. a3. 1398 Fed. Total Ret. | A | Dividend | | | Sell | 12/16 | J | | |
| 39. a4. Enbridge Energy ( | A | Dividend | J | T | Buy | 1/21 | J | | |
| 40. a5. MBNA Corp. ( | A | Dividend | J | T | Buy | 7/16 | J | | |
| 41. a6. Engineered Support Sys. | A | Dividend | J | T | Buy | 1/21 | J | | |
| 42. a7. General Dynamics ( | A | Dividend | J | T | Buy | 4/16 | J | | |
| 43. a8. Intel ( | A | Dividend | J | T | Buy | 7/16 | J | | |
| 44. a9. General Dynamic ( | A | Dividend | J | T | Buy | 8/20 | J | | |
| 45. a10. Commerce Bank ( | A | Dividend | J | T | Buy | 9/17 | J | | |
| 46. a11. General Maritime | | None | J | T | Buy | 9/17 | J | | |
| 47. a12. Dell ( | | None | J | T | Buy | 10/15 | J | | |
| 48. a13. Commerce Bank ( | A | Dividend | J | T | Buy | 10/15 | J | | |
| 49. a14. Commerce Bank ( | A | Dividend | J | T | Buy | 11/19 | J | | |
| 50. a15. Pfizer Inc. ( | | None | J | T | Buy | 12/16 | J | | |
| 51. Farewell Investment Syndicate | | | | | | | | | |
| 52. a. Maytag | | None | J | T | Buy | 4/25 | J | | |
| 53. b. Walgreen | A | Dividend | J | T | Buy | 4/25 | J | | |
| 54. c. Diebold, Inc. | | None | | | Sell | 6/4 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. d. Kraft Foods Inc. ( | A | Dividend | | | Sell | 7/7 | J | | |
| 56. e. Kraft Foods Inc. ( | A | Dividend | | | Sell | 7/7 | J | | |
| 57. f. EMC | | None | J | T | Buy | 7/1 | J | | |
| 58. g. Neogen | | None | J | T | Buy | 7/1 | J | | |
| 59. h. RPM | | None | J | T | Buy | 7/25 | J | | |
| 60. I. General Electric ( | A | Dividend | | | Sell | 8/29 | J | | |
| 61. j. Anadarko Petroleum ( | A | Dividend | | | Sell | 8/29 | J | | |
| 62. k. Lowes Cos. | A | Dividend | J | T | Buy | 8/29 | J | | |
| 63. l. Home Depot | | None | J | T | Buy | 8/29 | J | | |
| 64. m. EMC | | None | J | T | Buy | 9/29 | J | | |
| 65. n. Pfizer, Inc. | | None | J | T | Buy | 9/29 | J | | |
| 66. o. Regis | | None | J | T | Buy | 9/29 | J | | |
| 67. p. General Maritime ( | | None | J | T | Buy | 10/31 | J | | |
| 68. q. General Maritime ( | | None | J | T | Buy | 10/31 | J | | |
| 69. r. General Electric ( | A | Dividend | | | Sell | 11/05 | J | | |
| 70. s. American Inter. Group | A | Dividend | | | Sell | 11/05 | J | | |
| 71. t. Jack Henry Air. | | None | | | Sell | 11/05 | J | | |
| 72. u. Bunge Ltd. | | None | J | T | Buy | 11/21 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. v. Duke Realty | | None | J | T | Buy | 11/21 | J | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIMBAUGH, STEPHEN N | 5/13/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Exhibit A:

VII. Investments and Trusts:

1, Lands, Inc., A Missouri Corporation located in Cape Girardeau, Missouri. The main asset of the company is a farm located in Bollinger County, Missouri.

2. Coker Knob Tree Farm consists of timberland located north of the northern boundary of the City of Cape Girardeau, Missouri.

3. Number 9, a to z and a-1 to a-15 on Schedule VII, are investment club assets in which the reporting person has a 1/24th interest. Number 51, a to v on Schedule VII, are also investment club assets in which the reporting person has a 1/24th interest. The value of each security listed is the total value of the asset of which the undersigned has an interest.

Exhibit A:

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIMBAUGH, STEPHEN N | 5/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                        Date _14 May 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid">

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>